

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

GK
F. #2019R00795

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

November 13, 2020

<u>By E-mail</u>

The Honorable Steven M. Gold
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

        Re:    United States v. Gibson Winters
                  <u>Criminal Docket No. 20-17 (FB)</u>

Dear Judge Gold:

        The government respectfully submits this letter as a supplement to its detention memorandum dated August 8, 2020 ("Detention Memorandum"), in further support of its application for the entry of a permanent order of detention pending trial for defendant GIBSON WINTERS.  During a bail hearing in the above-captioned matter held earlier today, the Court suggested that it may assist the Court if the government were to provide the Court with photographs of the defendant taken in and around the time of the August 3, 2019 attempted murder of John Doe referenced in the Detention Memorandum.  In accordance with the Court's suggestion, the government encloses the photographs attached hereto as Exhibit A and Exhibit B.  The photograph that appears in Exhibit A is a still image from surveillance camera footage obtained the vicinity of the August 3, 2019 shooting around the time of the shooting and shows the defendant wearing the same clothing and head

covering as the images included in the Detention Memorandum. The photographs that appear in Exhibit B are mug shots taken in connection with the arrest of the defendant on or about August 14, 2019 in an unrelated case.

        The government is available to address any questions that the Court may have concerning the photographs included herein.

        Respectfully submitted,

        SETH D. DUCHARME
        Acting United States Attorney

By:   /s/ *Gillian A. Kassner*
        Gillian A. Kassner
        Assistant U.S. Attorney
        718-254-6224

cc:   Clerk of Court (by email)
      Defense Counsel (by email)

# EXHIBIT A



4

# EXHIBIT B

 

## NEW YORK CITY POLICE DEPARTMENT

### *Mugshot Pedigree*

| | |
|---|---|
| NAME: | **WINTERS GIBSON** |
| NYSID#: | **02297309R** |
| Arrest #: | |
| Arrest Date#: | **08-14-2019** |
| Top Charge: | **PL 1902300: FALSE PERSONATION** |
| Date of Birth: | |
| Age at Offense: | |
| Social Security #: | |
| PCT of Arrest: | **077 PRECINCT** |
| Source: | **LIVE** |



### PHYSICAL DESCRIPTION

| | |
|---|---|
| Race: | **BLACK** |
| SEX: | **MALE** |
| Height: | **602** |
| Weight: | **200** |
| Hair Length: | **NORMAL** |
| HAIR COLOR: | **DK BROWN** |
| Hair Type: | **BRAIDS / CORNROWS** |
| Complexion: | **CLEAR** |
| Eye Color: | **BROWN** |

Scars, Marks Tattoos:
Desc:
Location:
Bodyside:



| | |
|---|---|
| Alias 1: | **INCOGNITO LO** |
| Alias 2: | |
| Alias 3: | |
| Alias 4: | |